UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDA PERCELL,

      Plaintiff,

vs.                                    Case No. 3:05-cv-116-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

      Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #20; Petition), filed on June 13, 2007. It is represented "defendant's counsel . . . has no objection to the amount sought" in the Petition. Petition at 2.

The Petition requests the Court to award $3,272.50 in attorney fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 3. This is based on an hourly rate of $148.75. *Id.* In addition, reimbursement is sought for costs of $150.00. *Id.* A total of 22 hours were expended in the representation of Plaintiff before the Court in 2005, 2006 and 2007. *Id.*; Itemization of Time Social Security Claim, attached to the Petition as Exhibit A, at 4.

Having reviewed the Petition and case file herein, the Court finds Ms. Percell satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).[1]  Further, it is found she may reasonably be awarded $3,272.50 in attorney fees and $150.00 in costs.

Accordingly, the Petition (Doc. #20) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,272.50 and costs of $150.00.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of June, 2007.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any

---

[1] In the Petition, Plaintiff states she "is not excluded from eligibility for an award under EAJA by any of the exclusions set forth in the Act." Petition at 2.  This is construed to mean, in part, that Plaintiff's net worth at the relevant time was less than $2,000,000, as required by § 2412(d).